UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jeffrey L. Wilford,
          Plaintiff,

          vs.                    07-3116

Dr. Kayira,
          Defendant.

ORDER

On September 22, 2009, the court appointed Michael Paul and John Zulkey, law students of the University of Illinois College of Law, Federal Civil Rights Clinic, to represent the plaintiff, Jeffrey Wilford (10336-026). As Paul and Zulkey are law students, they do not have bar cards because they are not admitted to practice law in any state. However, they are provisionally admitted to practice law before the United States District Court, Central District of Illinois.

As Paul and Zulkey now represent Wilford, it is necessary that they communicate with their client by mail, phone, video conference (when possible), and in-person visits at his place of incarceration. All Writs Act, 28 U.S.C. § 1651(a), gives the federal courts the power "to issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." Pursuant to the All Writs Act, this court has authority "to issue such commands . . . as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained." *United States v. New York Telephone Co.,* 434 U.S. 159, 172, 98 S. Ct. 364, 372 (1977) (upholding the order of a district court compelling a telephone company to assist federal law enforcement officials in the implementation of a prior court order authorizing the use of pen registers). This court has no desire to interfere in the day-to-day operation of the prison. However, it has the authority, and in the effective management of its caseload, has the duty to assure that the cases on its docket proceed in a proper fashion, which includes ensuring the law students' access to their client.

**It is therefore ordered:**

1.     Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), this court orders and graciously requests that the Warden of the plaintiff's place of incarceration allow Michael Paul and John Zulkey to meet with their client, Jeffrey Wilford. The students shall be responsible for arranging the date and time of the meeting(s), in accordance with the prison's rules.

2. The clerk of the court is directed to fax a copy of this order to the attention of the Warden of the plaintiff's place of incarceration.

3. The Warden is directed to confirm receipt of this order within seven days of this order.

Enter this 23rd day of September 2009.

/s/ Harold A. Baker

_____

Harold A. Baker

United States District Judge